# Third District Court of Appeal

## State of Florida

Opinion filed September 10, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D2025-1270
Lower Tribunal No. F10-27158B
_____

**Ruben Arroyo,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Ruben Arroyo, in proper person.

James Uthmeier, Attorney General, for appellee.

Before EMAS, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.  See Arroyo v. State, 252 So. 3d 374, 377 (Fla. 3d DCA 2018) (rejecting identical argument raised in postconviction motion); Teffeteller v. Dugger, 734 So. 2d 1009, 1025 (Fla. 1999) (finding issues raised and rejected on direct appeal are procedurally barred in postconviction proceedings).